UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**OSWALT GUY**  CIVIL ACTION

**VERSUS**  NO. 12-187

**ROBERT TANNER, ET AL.**  SECTION "F"(3)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff is allowed to proceed with his federal civil rights claim that Gerald Lebo, Damon Breland, and Don Wheat violated plaintiff's federal constitutional right to bodily privacy by installing and maintaining surveillance monitors in such a manner as to allow prison visitors and guests to view him undressing, using the bathroom, and taking showers.

**IT IS FURTHER ORDERED** that all of plaintiff's remaining federal civil rights claims are **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 2nd day of MAY, 2011.

UNITED STATES DISTRICT JUDGE